# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

## CIVIL RIGHTS COMPLAINT

Branden Holloway

#inmate # 279-259
_____,
Plaintiff(s),
(Full name(s) and prisoner number(s) if incarcerated)
(Do not use *et al.*)

v.

1. City of Norwalk, CT.

2. Norwalk Police Department

3. Officer Lapour - Norwalk Police Dept. - officially and individually

4. Officer Blake, Norwalk Police Dept. - officially and individually

Defendant(s).
(Full name(s) and capacity, e.g., official capacity, individual capacity, or official and individual capacitites) (Do not use *et al.*)

Case No. 306CV1918 MRK
(To be supplied by the court)

## A. PARTIES

1. Branden Holloway is a citizen of Connecticut who
   (Plaintiff)                                (State)
presently resides at 1153 East St. South Suffield CT 06080
                        (mailing address or place of confinement).
If plaintiff is incarcerated, provide inmate number: #279-259.

2. Defendant Officer Lapour is a citizen of Connecticut
              (name of first defendant)                  (State)
whose address is c/o Norwalk Police Department, 1 Monroe St., Norwalk CT 06854

"A PARTIES"

4. DEFENDANT Norwalk Police Department is a municipal Police Department within the City of Norwalk, State of Connecticut whose address is 1 Monroe St., Norwalk, CT. 06854

5. DEFENDANT City of Norwalk, Connecticut, is a municipal Corporation within the State of Connecticut, whose address is ___ East Avenue, Norwalk, CT. 06854 (City Hall)

1A.

and who is employed as <u>Police Officer, Norwalk Police Dept.</u>
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

<u>DEFENDANT WAS A POLICE OFFICER ACTING IN HIS PURPORTED CAPACITY OF A POLICE OFFICER OSTENSIBLY SEEKING TO ENFORCE CONNECTICUT STATUTES OR STATE OF CONNECTICUT JUDICIAL ORDER.</u>

3. Defendant <u>OFFICER BLAKE</u> is a citizen of <u>CONNECTICUT</u>
(name of second defendant)                                      (State)

whose address is <u>c/o Norwalk Police Department, 1 Monroe St., Norwalk, CT 06854</u>

and who is employed as <u>Police Officer, Norwalk Police Dept.</u>
(title and place of employment)

At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ✓ Yes ___ No. If your answer is "Yes," briefly explain:

<u>DEFENDANT WAS A POLICE OFFICER ACTING IN HIS PURPORTED CAPACITY OF A POLICE OFFICER OSTENSIBLY SEEKING TO ENFORCE CONNECTICUT STATUTES</u>✱

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

✱ OR STATE OF CONNECTICUT JUDICIAL ORDER.

## B. JURISDICTION

1. Jurisdiction is asserted pursuant to (CHECK ONE)

   ✓ 42 U.S.C. § 1983 (applies to state prisoners)

   ___ **Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics**, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (applies to federal prisoners)

2. Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

2

## C. NATURE OF THE CASE

BRIEFLY state the background of your case.

ON NOVEMBER 27, 2005, the PLAINTIFF pulled his MOTOR VEHICLE INTO A PARKING AREA OPEN to the GENERAL PUBLIC. THE PLAINTIFF EXITED his MOTOR VEHICLE AND AS the PLAINTIFF WALKED AWAY FROM his MOTOR VEHICLE the PLAINTIFF WAS SUDDENLY CONFRONTED BY TWO NORWALK POLICE OFFICERS who APPEARED FROM NOWHERE AND STATIONED themselves ONE ON EACH SIDE OF THE PLAINTIFF. The POLICE OFFICERS had their GUNS DRAWN AND POINTED AT PLAINTIFF. THE DEFENDANT OFFICERS SAID "FREEZE," AND I DID, BUT ONE POLICE OFFICER HIT ME IN THE FACE with his GUN, WITHOUT PROVOCATION AND the other GRABBED ME BY MY HAIR AND PUT his GUN to MY MOUTH. I WAS SHOT THREE TIMES WITH TAZOR GUNS, WAS PUNCHED, KICKED AND ABUSED BY the DEFENDANT POLICE OFFICERS WHO LAUGHED AS they ABUSED ME.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: THE PLAINTIFFS RIGHT TO BE SECURE IN his PERSON against UNREASONABLE SEARCHES and SEIZURES WAS VIOLATED IN VIOLATION OF the Fourth AMENDMENT TO the Constitution of the UNITED STATES.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

ON NOVEMBER 27, 2005, I PARKED MY CAR IN A PUBLIC PARKING AREA IN NORWALK CONNECTICUT. AS I EXITED MY CAR, WITHOUT FOREWARNING, OFFICER LAPOUR AND OFFICER BLAKE OF THE NORWALK CONNECTICUT POLICE DEPARTMENT APPROACHED ME, STATIONED themselves ON either SIDE OF ME AND TOLD ME to "FREEZE." The OFFICERS had their GUNS DRAWN AND POINTED AT ME. Without PROVOCATION, DEFENDANT BLAKE STRUCK ME IN the FACE with his GUN. OFFICER LAPOUR then GRABBED MY HAIR AND DARED ME to FIGHT AS he PUT his GUN to MY MOUTH. While BOTH OF the POLICE OFFICERS LAUGHED I WAS SHOT IN the BACK THREE CONSECUTIVE TIMES BY A TAZOR OR "STUN GUN." I FELL to the GROUND AND BOTH POLICE OFFICERS BEGAN KICKING ME IN the STOMACH, Laughing AND hitting ME IN MY JAW. Other POLICE OFFICERS CAME to the SCENE AND I WAS SPITTING UP BLOOD. I PASSED OUT AND WAS PARALYZED FOR A FEW HOURS ON MY LEFT SIDE. I SPENT TIME IN NORWALK AND The UNIVERSITY OF CONNECTICUTS HOSPITALS AND RECEIVED TREATMENT FOR A RIPPED LIVER SUSTAINED FROM the kicking I RECEIVED FROM OFFICERS LAPOUR AND BLAKE.

3

Claim II: THE PLAINTIFFS RIGHTS TO DUE PROCESS OF LAW AND THE EQUAL PROTECTION OF THE LAWS WERE VIOLATED IN VIOLATION OF the FOURTEENTH AMENDMENT TO the CONSTITUTION OF the UNITED STATES.

Supporting Facts:

PLEASE REFER to the SUPPORTING FACTS SET FORTH IN CLAIM I which are INCORPORATED HEREIN BY REFERENCE.

Claim III: _____

Supporting Facts:

4

# E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes __✓__No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

Plaintiff(s):_____

Defendant(s):_____

   b. Name and location of court and docket number_____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
   _____

   d. Issues raised: _____
   _____

   e. Approximate date of filing lawsuit:_____

   f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D.    ____Yes ____No.

If your answer is "Yes," briefly describe how relief was sought and the results.

5


3. I have exhausted available administrative remedies. \_\_\_\_ Yes \_\_\_\_ No.
   If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion.
   If your answer is "No," briefly explain why administrative remedies were not exhausted.

### F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are incarcerated and proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States, while you were incarcerated or detained in any facility, that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."
   If you are not incarcerated, go to section G.

   a. Parties to previous lawsuit:

   Plaintiff(s):_____

   Defendant(s):_____

   b. Name and location of court and docket number _____

   c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

   d. Approximate date of filing lawsuit:_____

   e. Approximate date of disposition: _____

2. Are you in imminent danger of serious physical injury? \_\_\_\_ Yes \_\_\_\_ No.
   If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

## G. REQUEST FOR RELIEF

I request the following relief:

MONETARY DAMAGES For my PAIN, SUFFERING AND For the PHYSICAL AND MENTAL INJURIES SUSTAINED IN the UNPROVOKED ATTACK OF NOVEMBER 07, 2005. PLAINTIFF SEEKS COMPENSATORY DAMAGES OF FOUR MILLION ($4,000,000.00) Dollars plus PUNITIVE DAMAGES.

## H. JURY DEMAND

Do you wish to have a jury trial? Yes ✓  No ____

_____  
Original signature of attorney (if any)

*Plaintiff's Original Signature  
BRANDON Holloway

_____  
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __SUFFIELD, Ct.__ on __NOVEMBER 14, 2006__.  
          (location)                              (date)

Plaintiff's Original Signature  
BRANDEN Holloway

7